

Ford Marrin Esposito
Witmeyer & Gleser, LLP

Wall Street Plaza, 16th Floor
New York, NY 10005
Tel +1 212 269 4900
Fax +1 212 344 4294

JOHN A. MATTOON
jmattoon@fordmarrin.com

www.fordmarrin.com

May 16, 2025

**VIA ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Application granted. The briefing schedule is approved and the Court will adjourn the initial conference pending resolution of the motion to dismiss.

SO ORDERED.

Hon. Ronnie Abrams
May 20, 2025

Re:   ***Mt. Hawley Insurance Company v. Caltec Corp.*
       1:25-cv-02173-RA – Adjournment Request**

Dear Judge Abrams,

We are counsel for Plaintiff Mt. Hawley Insurance Company ("Mt. Hawley") in the above matter in which Mt. Hawley seeks a declaration as to its rights and obligations under an insurance policy issued to defendant Caltec Corp. ("Caltec").

This letter is being submitted jointly by the parties pursuant to Rule 1.D of Your Honor's Individual Rules & Practices, in order to request an adjournment of: (i) the Initial Pretrial Conference, scheduled for May 23, 2025; and (ii) the deadline to submit a proposed Civil Case Management Plan and Scheduling Order. This is the parties' first request for an adjournment.

The reason for this adjournment request is the fact that Caltec has recently filed a motion to Motion to Dismiss the Complaint under Fed. R. Civ. P. 12(b)(3). [ECF Doc. No. 12] Accordingly, the parties jointly request that Your Honor stay the Initial Conference and submission of a Civil Case Management Plan and Scheduling Order pending the outcome of the motion.

The parties have also conferred regarding a briefing schedule for defendant's motion, and collectively propose the following schedule:

- 6/6/2025: Plaintiff's deadline to respond to the motion.

- 6/20/2025: Defendant's deadline to file its reply.

Please do not hesitate to contact me with any questions.

Respectfully submitted,

*/s/ John A. Mattoon*

cc:   all counsel (via ECF)